PER CURIAM.—Upon motion of the appellant herein this appeal is hereby dismissed.

*Mr. James Donovan, Attorney General,* for the State.

*Mr. M. M. Duncan,* for Respondent.

---

No. 2,047.—BARTLETT, RESPONDENT, *v.* DIAMOND R. MINING CO., APPELLANT.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

On motion to dismiss appeal.

Decided February 24, 1904.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained, and the appeal is accordingly dismissed.

*Messrs. Downing & Stephenson,* for Appellant.